1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED PAGES OF EXHIBITS TO DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Date:   September 11, 2007<br>Time:  10:00 a. m.<br>Place:  Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

Gibson, Dunn & Crutcher LLP

**AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the following documents lodged with the Court by Hewlett-Packard Company ("HP") shall be filed under seal:

1. Pages 5 (para. 18 on page 3 of the underlying document) and 10 (on page 8 of the underlying document, the third full line of Request No. 1) of the subpoena IBM served on HP on May 31, 2007 in the underlying matter, lodged with this Court on July 2, 2007 as Exhibit B to the *Declaration of Angelique Kaounis in Support of HP's Motion to Modify Subpoena and for a Protective Order* ("Kaounis Dec. I").

2. Pages 6 (para. 9 on page 5 of the underlying document), 10 and 11 (page 9, line 4-5 and page 10, lines 1-2 of the underlying document) of *HP's Objections and Responses to the May 31, 2007 IBM Subpoena* served on IBM's counsel on June 29, 2007, and lodged with this Court on July 2, 2007, as Exhibit G to the Kaounis Dec. I.

**IT IS SO ORDERED.**

Dated:_July 9, 2007_                    _____
                                         HONORABLE PATRICIA V. TRUMBULL
                                         UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Angelique Kaounis
         Angelique Kaounis
Attorneys for NONPARTY
HEWLETT-PACKARD COMPANY

**AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**