GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**NONPARTY HEWLETT-PACKARD COMPANY'S SECOND AMENDED NOTICE OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Previous Date:  September 11, 2007<br>New Date:      October 23, 2007<br>Time:            10:00 a.m.<br>Place:           Courtroom 5<br>Before:         The Honorable Patricia V. Trumbull |

NOTICE IS HEREBY GIVEN that the above-titled hearing, formerly scheduled for

September 11, 2007, for which Nonparty Hewlett-Packard Company ("HP") previously filed with the

Gibson, Dunn &<br>Crutcher LLP

1    Court a motion to modify the scope of the Subpoena served by IBM on HP in the underlying action

2    (the "Subpoena"), has been continued to October 23, 2007, at 10:00 a.m., or as soon thereafter as

3    counsel may be heard by the above-titled Court, located at 280 South 1st Street, San Jose, CA 95113.

4        By way of the previously filed motion, and any additional briefing that the Court may require,

5    HP moves this Court, pursuant to Federal Rule of Civil Procedure 45, for an order limiting the scope

6    of the Subpoena served by IBM on HP in this action and directing IBM to reimburse HP for

7    reasonable costs associated with complying with the Subpoena, on the grounds that the Subpoena: (1)

8    is overly broad on its face, and therefore fails to allow reasonable time for compliance; (2) seeks

9    disclosure of privileged or other protected matter; (3) subjects HP to undue burden; and (4) requires

10   disclosure of a trade secret or other confidential research, development, or commercial information.

11   For these reasons, and because HP's counsel had acted in good faith, HP further moves this Court

12   pursuant to Federal Rule of Civil Procedure 26(c) subdivisions (2), (3), (4) & (7), for an order that

13   that the discovery be had only on the specified terms and conditions of, by the method set forth, and

14   subject to the objections in *HP's Objections and Responses to the May 31, 2007 Subpoena* (filed

15   concurrently herewith as Exhibit G to the Declaration of Angelique Kaounis), and further, that HP be

16   awarded reasonable costs necessitated by the filing of this motion.

17       The Motion referenced herein is based on this Notice of Motion, and HP's Motion and

18   accompanying Memorandum of Points and Authorities, the Declaration of Angelique Kaounis and

19   Request for Judicial Notice (all previously filed on July 2, 2007), and on all pleadings and papers on

20   file in this action, and upon such other evidence and arguments as may be presented to the Court at

21   the time of the hearing.

22   DATED: August 17, 2007              JEFFREY T. THOMAS
                                         ANGELIQUE KAOUNIS
23                                       GIBSON, DUNN & CRUTCHER LLP

24                                       By:    /s/ Angelique Kaounis

25                                              Angelique Kaounis

26
                                         Attorneys for Nonparty
27                                       HEWLETT-PACKARD COMPANY

28

Gibson, Dunn &
Crutcher LLP

2

# CERTIFICATE OF SERVICE

## MAIL, COMMERCIAL OVERNIGHT MESSENGER, FAX, HAND DELIVERY

I, Joyce Tanabe, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on August 17, 2007, I served the following:

**NONPARTY HEWLETT-PACKARD COMPANY'S SECOND AMENDED NOTICE OF MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER**

on the interested parties in this action, by:

☐    **Service by Mail:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒    **Service by Commercial Overnight Messenger:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

Richard W. Erwine, Esq.
Katherine Weall, Esq.
Quinn Emanuel Urquhart
   Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)
richarderwine@quinnemanuel.com
KatherineWeall@QuinnEmanuel.com

[Counsel for IBM]

Ryan C. Kirkpatrick
Susman Godfrey LLP
1901 Ave. of the Stars, Suite 950
Los Angeles, CA 90067
(310)-789-3107 (tel.)
(310)-789-3016 (fax)
rkirkpatrick@susmangodfrey.com

[Counsel for PSI]

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| **SECOND AMENDED NOTICE OF MOTION**<br>**TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER** | **CASE NO. 5:07-mc-80174-JW PVT** |

1   and after sealing said envelope I caused same to be delivered to the aforementioned attorney(s) by

2   qualified commercial overnight messenger.

3   ☐      **Service by Fax:**  causing a true copy thereof to be sent via facsimile to the attorney(s) of

4   record at the telecopier number(s) so indicated, addressed as follows:

5   **Attorney Name & Address**                        **Fax and Callback Number**

6

7   and that the transmission was reported as completed and without error.  A true and correct copy of

8   said transmission report is attached hereto.

9   ☐      **Service by Hand Delivery:**  delivering true and correct copy(ies) thereof and sufficient

10  envelope(s) addressed to the attorney(s) of record, addressed as follows:

11

12  to a messenger or messengers for personal delivery.

13          I certify under penalty of perjury that the foregoing is true and correct, that the foregoing

14  document(s), and all copies made from same, were printed on recycled paper, and that this Certificate

15  of Service was executed by me on August 17, 2007 at Los Angeles, California.

16                                          _Joyce Tanabe_
                                            Joyce Tanabe
17

18  100257268_2.DOC

19

20

21

22

23

24

25

26

27

28

**SECOND AMENDED NOTICE OF MOTION**                    **CASE NO. 5:07-mc-80174-JW PVT**
**TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER**