UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　　Plaintiff<br>　　　v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　　　　Defendant | No. 07-mc-80174 (JW)<br>ECF CASE<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

　　　Enter my appearance as counsel in this case for Plaintiff, International Business Machines Corporation.  I certify I am admitted to practice in this Court.

Dated: New York, NY
　　　　October 1, 2007

　　　　　　　　　　　　　　　　　　/s/ Thomas R. Watson
　　　　　　　　　　　　　　　　　　Thomas R. Watson Bar Number 227264
　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART OLIVER
　　　　　　　　　　　　　　　　　　& HEDGES, LLP
　　　　　　　　　　　　　　　　　　555 Twin Dolphin Drive, Suite 560
　　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　　Tel:  (650) 801-5017
　　　　　　　　　　　　　　　　　　Fax:  (650) 801-5100
　　　　　　　　　　　　　　　　　　Email:  thomaswatson@quinnemanuel.com

**Certificate of Service**

I hereby certify that this document having been filed through the ECF system will be sent electronically to the registered participants as identified as attorneys to be noticed on October 1, 2007.

/s/ Thomas R. Watson
Thomas R. Watson Bar Number 227264