RECEIVED

2007 SEP 28 PM 12: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J.

**FILED**

UNITED STATES DISTRICT COURT

Northern District of California

OCT 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5  INTERNATIONAL BUSINESS
   MACHINES CORPORATION
6
7                              Plaintiff(s),
8        v.
9  PLATFORM SOLUTIONS, INC.
10
11                    Defendant(s).
12 _____/

CASE NO.  **5:07mc80174-JW**
JW
(~~Proposed~~)
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

13 Richard W. Erwine                    , an active member in good standing of the bar of

14 The Southern District of New York        whose business address and telephone number

15 (particular court to which applicant is admitted)

16 is

17 Quinn Emanuel Urquhart Oliver & Hedges, LLP
   51 Madison Avenue, 22nd Floor
18 New York, NY 10010, (212) 849-7000

19 having applied in the above-entitled action for admission to practice in the Northern District of

20 California on a *pro hac vice* basis, representing International Business Machines Corporation

21        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designed in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26

27 Dated:  October 1, 2007

28                                              _____
                                               United States District     Judge