QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thomas R. Watson (Bar No. 227264)
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065
(650) 801-5000

Richard W. Erwine (*pro hac vice* pending)
Katherine J. Weall (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

Attorneys for Plaintiff
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.<br><br>Defendant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of new York, CASE NO. CV 06-13565 SCR<br><br>**DECLARATION OF KENNETH WILDSTEIN IN SUPPORT OF PLAINTIFF IBM'S OPPOSITION TO HEWLETT-PACKARD'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Date:   October 23, 2007<br>Time:   10:00 a.m.<br>Court:  Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

I, Kenneth Wildstein, declare as follows:

1. I am a member of the bar of the State of New York and Counsel, Litigation for International Business Machines Corporation ("IBM"). I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have no involvement in competitive decision-making or patent prosecution for IBM.

3. Michelle Browdy is Vice President and Assistant General Counsel, Litigation for IBM.

4. Ms. Browdy has no involvement in competitive decision-making or patent prosecution for IBM.

5. IBM's corporate litigation department is a discrete department of IBM, and no member of that department is involved in competitive decision-making or patent prosecution for IBM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 2nd day of October, 2007 at Armonk, New York.

By: *[signature]*
Kenneth Wildstein