# EXHIBIT D



# Platform Solutions, Inc

501 Macara Ave Ste 101  
Sunnyvale, CA 94085-2800 United States (Map)

Phone: 408-720-3500

## LINE OF BUSINESS

PREPACKAGED SOFTWARE SERVICES

## KEY INFORMATION

| | |
|---|---|
| D-U-N-S Number | 002185671  Buy a D&B credit report. |
| Company Type | Private  Single Location |
| Year Of Founding or Change In Control | 1999 |
| State of Incorporation | CA |

## KEY NUMBERS

| | |
|---|---|
| Annual Sales (mil.) | $7.7 |
| Total Employees | 70 |
| Employees At This Location | 70 |

## KEY PEOPLE

| | | |
|---|---|---|
| Vice-President | Mr Ron Hilton | Send e-mail |
| Executive Vice-President; Sales Staff | Mr Michael O'hara | Send e-mail |
| Executive Vice-President | Ms Linda Zider | Send e-mail |
| Chief Executive Officer | Mr Michael Maulick | Send e-mail |
| Chief Financial Officer | Ms Lisa Dalencon | Send e-mail |

## INDUSTRY INFORMATION

### First Research Industry Profiles NEW!
Extensive Industry Intelligence  
Computer Software Development

Entertainment and Games Software

### Primary SIC Code
7372: Prepackaged software

### Primary NAICS Code
511210: Software Publishers

Copyright © 2007, Hoover's, Inc., All Rights Reserved