# EXHIBIT E

## Andrew Curran

**From:** Kaounis, Angelique [AKaounis@gibsondunn.com]
**Sent:** Tuesday, June 05, 2007 7:46 PM
**To:** Katherine Weall; Richard Erwine
**Subject:** RE: IBM v. PSI

Counsel,

As you may recall, we represent non-party Hewlett-Packard Company ("HP") in the above-mentioned litigation. We are in receipt of IBM's subpoena seeking documents from HP. I wanted to take this opportunity to remind you that certain matters referenced in IBM's subpoena (specifically, those in Definition No. 18 and Request No. 1 in Attachment A to the subpoena), are themselves confidential, and thus, we ask that the subpoena itself be treated as "outside attorneys' eyes only material" by your firm, and that you take all necessary precautions to maintain the confidentiality of the specified information. I would appreciate it if you would continue to remind the other members of your litigation team as to the confidential nature of this material. Please let me know if you have any questions regarding this matter.

Thanks very much for your anticipated cooperation.
Best,
Angelique

Angelique Kaounis
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave., Los Angeles, CA 90071
akaounis@gibsondunn.com
d: 213.229.7137
f: 213.229.6137

---

**From:** Kaounis, Angelique
**Sent:** Friday, April 13, 2007 2:10 PM
**To:** katherineweall@quinnemanuel.com
**Cc:** richarderwine@quinnemanuel.com; Ryan C. Kirkpatrick
**Subject:** IBM v. PSI

Katherine,

To follow up on our phone call, I'm attaching a draft redlined version of the *IBM v. PSI* proposed Protective Order for your review and comment. Please note that the purple/blue comments are not mine (they were in the document sent to me by Ryan Kirkpatrick), but the comments in red are mine.

Please let me know if you would like to discuss this further. In the meantime, as I mentioned on our call, the subpoena contains confidential business information regarding HP's business (*i.e.*, Requests Nos. 4 & 6), and thus, until a final Protective Order is entered by the Court, we ask that the subpoena itself be treated as "outside attorneys' eyes only material" by your firm. I appreciate your agreement to notify the other members of your litigation team as to the confidential nature of this material.

10/1/2007

Thanks again, and have a nice weekend,
Angelique


<< File: AKRedlined2074532_Stipulated Protective Order (2) (3).DOC >>

Angelique Kaounis
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave., Los Angeles, CA 90071
akaounis@gibsondunn.com
d: 213.229.7137
f: 213.229.6137

"MMS <Gibsondunn.net>" made the following annotations.
-----------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
=================================================================================