# EXHIBIT H

**quinn emanuel** trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7135

WRITER'S INTERNET ADDRESS
richarderwine@quinnemanuel.com

July 3, 2007

**VIA E-MAIL**

Angelique Kaounis
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave.
Los Angeles, CA 90071

Re:   IBM v. Platform Solutions, Inc.
      Case No. 06-13565 (SCR)

Dear Ms. Kaounis:

I write regarding H-P's Motion to Modify Subpoena and for Protective Order ("H-P's Motion"), which was filed on July 2, 2007.

H-P's Motion mischaracterizes the facts, particularly with respect to our conversations on June 29, 2007. On that day, you requested that IBM grant H-P a retroactive 15-day extension so that H-P could timely file its objections and responses to IBM's May 31, 2007 subpoena. While IBM could not grant such a retroactive extension, I noted that IBM remains willing to negotiate the scope of its subpoena. IBM's agreement to participate in a meet and confer this week is clear evidence of that willingness. H-P's Motion is clearly premature.

We look forward to the meet and confer later this week and hope to resolve any remaining issues.

Angelique Kaounis
July 3, 2007

Very truly yours,

Richard W. Erwine

cc:    Ryan C. Kirkpatrick