# EXHIBIT I

**Andrew Curran**

| | |
|---|---|
| **From:** | Kaounis, Angelique [AKaounis@gibsondunn.com] |
| **Sent:** | Thursday, July 05, 2007 10:02 PM |
| **To:** | Richard Erwine; Ryan C. Kirkpatrick |
| **Cc:** | Katherine Weall |
| **Subject:** | Amended Notice and Proposed Order |
| **Attachments:** | July507LettertoErwine&Fitpatrick.pdf; Proposed Order Re Sealing.pdf; Amended Notice.pdf; ecf_handout.pdf |

Counsel,

　　In furtherance of our discussions this morning, and in the interest of giving the parties sufficient time to work out the scope of HP's production prior to seeking the Court's intervention on these matters, I enclose for your information and file: (1) *Nonparty Hewlett-Packard Company's Amended Notice of Motion to Modify Subpoena and for a Protective Order*; (2) *Amended [Proposed] Order Granting Nonparty Hewlett-Packard Company's Administrative Motion to File Under Seal Unredacted Pages of Exhibits to Declaration of Angelique Kaounis in Support of Motion to Modify Subpoena and for a Protective Order*; and (3) *ECF Registration Information Handout*. I have not had a chance to confirm that this date will work for my client, so it may be subject to change. However, because the clerk asked us to submit a notice of hearing since the case had been assigned, I wanted to get this on file. Please let me know if you have any questions regarding this matter.

Thanks very much,
Angelique
<<July507LettertoErwine&Fitpatrick.pdf>> <<Proposed Order Re Sealing.pdf>> <<Amended Notice.pdf>>
<<ecf_handout.pdf>>

Angelique Kaounis
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave., Los Angeles, CA 90071
akaounis@gibsondunn.com
d: 213.229.7137
f: 213.229.6137

===================================================================

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

===================================================================

10/1/2007

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

333 South Grand Avenue  Los Angeles, California 90071-3197
(213) 229-7000
www.gibsondunn.com
AKaounis@gibsondunn.com

July 5, 2007

Direct Dial
(213) 229-7137

Fax No.
(213) 229-6137

Client No.
T 38126-00565

<u>VIA OVERNIGHT COURIER AND EMAIL/PDF</u>

Richard W. Erwine, Esq.
Katherine Weall, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
51 Madison Ave., 22nd Floor
New York, NY  10010

Re:   *IBM* v. *PSI*

Dear Mr. Erwine and Ms. Weall:

Enclosed for your information and file, please find the following documents, the first two of which were filed with the Court today: (1) *Nonparty Hewlett-Packard Company's Amended Notice of Motion to Modify Subpoena and for a Protective Order;* (2) *Amended [Proposed] Order Granting Nonparty Hewlett-Packard Company's Administrative Motion to File Under Seal Unredacted Pages of Exhibits to Declaration of Angelique Kaounis in Support of Motion to Modify Subpoena and for a Protective Order;* and (3) *ECF Registration Information Handout* (not filed with the Court). Please let me know if you have any questions regarding this matter.

Very truly yours,

Angelique Kaounis

AK/ak
cc:   Jeffrey T. Thomas, Esq. (w/Encl.)
      Ryan Fitzpatrick (counsel for PSI w/Encl.)

100257724_1.DOC

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED PAGES OF EXHIBITS TO DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Date:   September 11, 2007<br>Time:  10:00 a. m.<br>Place:  Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

       Good cause appearing therefore, IT IS HEREBY ORDERED THAT the following documents lodged with the Court by Hewlett-Packard Company ("HP") shall be filed under seal:

    1.     Pages 5 (para. 18 on page 3 of the underlying document) and 10 (on page 8 of the underlying document, the third full line of Request No. 1) of the subpoena IBM served on HP on May 31, 2007 in the underlying matter, lodged with this Court on July 2, 2007 as Exhibit B to the *Declaration of Angelique Kaounis in Support of HP's Motion to Modify Subpoena and for a Protective Order* ("Kaounis Dec. I").

    2.     Pages 6 (para. 9 on page 5 of the underlying document), 10 and 11 (page 9, line 4-5 and page 10, lines 1-2 of the underlying document) of *HP's Objections and Responses to the May 31, 2007 IBM Subpoena* served on IBM's counsel on June 29, 2007, and lodged with this Court on July 2, 2007, as Exhibit G to the Kaounis Dec. I.

**IT IS SO ORDERED.**

Dated:_____

                               HONORABLE PATRICIA V. TRUMBULL
                               UNITED STATES MAGISTRATE COURT JUDGE

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Angelique Kaounis
        Angelique Kaounis
Attorneys for NONPARTY
HEWLETT-PACKARD COMPANY

# CERTIFICATE OF SERVICE

### MAIL, COMMERCIAL OVERNIGHT MESSENGER, FAX, HAND DELIVERY

I, Claudette M. Blaylock, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on July 5, 2007, I served the following:

**AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED PAGES OF EXHIBITS TO DECLARATION OF ANGELIQUE KAOUNIS IN MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**

on the interested parties in this action, by:

☐ **Service by Mail:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒ **Service by Commercial Overnight Messenger:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

Richard W. Erwine, Esq.
Katherine Weall, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)
[Courtesy copy by email/PDF]

Ryan C. Kirkpatrick
Susman Godfrey LLP
1901 Ave. of the Stars, Suite 950
Los Angeles, CA 90067
(P) 310-789-3107
(F) 310-789-3016
[Courtesy copy by email/PDF]
rkirkpatrick@susmangodfrey.com

Gibson, Dunn & Crutcher LLP

richarderwine@quinnemanuel.com
KatherineWeall@QuinnEmanuel.com        [Counsel for PSI]

[Counsel for IBM]

and after sealing said envelope I caused same to be delivered to the aforementioned attorney(s) by qualified commercial overnight messenger.

☐ **Service by Fax:** causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated, addressed as follows:

**Attorney Name & Address**                **Fax and Callback Number**

and that the transmission was reported as completed and without error. A true and correct copy of said transmission report is attached hereto.

☐ **Service by Hand Delivery:** delivering true and correct copy(ies) thereof and sufficient envelope(s) addressed to the attorney(s) of record, addressed as follows:

to a messenger or messengers for personal delivery.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s), and all copies made from same, were printed on recycled paper, and that this Certificate of Service was executed by me on July 5, 2007 at Los Angeles, California.

_____
Claudette M. Blaylock

100257253_1.DOC

Gibson, Dunn & Crutcher LLP

AMENDED [PROPOSED] ORDER GRANTING NONPARTY HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>   Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**NONPARTY HEWLETT-PACKARD COMPANY'S AMENDED NOTICE OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER;**<br><br>Date:    September 11, 2007<br>Time:    10:00 a.m.<br>Place:   Courtroom 5<br>Before:  The Honorable Patricia V. Trumbull |

NOTICE IS HEREBY GIVEN that on September 11, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-titled Court, located at 280 South 1st Street, San Jose, CA 95113, Nonparty Hewlett-Packard Company ("HP") will, and hereby does move the Court to modify the scope of the Subpoena served by IBM on HP in the underlying action (the "Subpoena").

HP hereby moves this Court, pursuant to Federal Rule of Civil Procedure 45, for an order limiting the scope of the Subpoena served by IBM on HP in this action, on the grounds that the Subpoena: (1) is overly broad on its face, and therefore fails to allow reasonable time for compliance; (2) seeks disclosure of privileged or other protected matter; (3) subjects HP to undue burden; and (4) requires disclosure of a trade secret or other confidential research, development, or commercial information. For these reasons, and because HP's counsel had acted in good faith, HP further moves this Court pursuant to Federal Rule of Civil Procedure 26(c) subdivisions (2), (3), (4) & (7), for an order that that the discovery be had only on the specified terms and conditions of, by the method set forth, and subject to the objections in *HP's Objections and Responses to the May 31, 2007 Subpoena* (filed concurrently herewith as Exhibit G to the Declaration of Angelique Kaounis).

The Motion referenced herein is based on this Notice of Motion, and HP's Motion and accompanying Memorandum of Points and Authorities, the Declaration of Angelique Kaounis and Request for Judicial Notice (all previously filed on July 2, 2007), and on all pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented to the Court at the time of the hearing.

DATED: July 5, 2007

JEFFREY T. THOMAS
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Angelique Kaounis

Angelique Kaounis

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

# CERTIFICATE OF SERVICE

## MAIL, COMMERCIAL OVERNIGHT MESSENGER, FAX, HAND DELIVERY

I, Claudette M. Blaylock, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on July 5, 2007, I served the following:

**NONPARTY HEWLETT-PACKARD COMPANY'S AMENDED NOTICE OF MOTION TO MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER**

**ECF REGISTRATION INFORMATION HANDOUT**

on the interested parties in this action, by:

☐ **Service by Mail:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒ **Service by Commercial Overnight Messenger:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

| | |
|---|---|
| Richard W. Erwine, Esq.<br>Katherine Weall, Esq.<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 (tel.)<br>(212) 849-7100 (fax)<br>[Courtesy copy by email/PDF]<br>richarderwine@quinnemanuel.com<br>KatherineWeall@QuinnEmanuel.com | Ryan C. Kirkpatrick<br>Susman Godfrey LLP<br>1901 Ave. of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(P) 310-789-3107<br>(F) 310-789-3016<br>[Courtesy copy by email/PDF]<br>rkirkpatrick@susmangodfrey.com<br><br>[Counsel for PSI] |

Gibson, Dunn &
Crutcher LLP

[Counsel for IBM]

and after sealing said envelope I caused same to be delivered to the aforementioned attorney(s) by qualified commercial overnight messenger.

☐ **Service by Fax:** causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated, addressed as follows:

**Attorney Name & Address**                     **Fax and Callback Number**

and that the transmission was reported as completed and without error. A true and correct copy of said transmission report is attached hereto.

☐ **Service by Hand Delivery:** delivering true and correct copy(ies) thereof and sufficient envelope(s) addressed to the attorney(s) of record, addressed as follows:

to a messenger or messengers for personal delivery.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s), and all copies made from same, were printed on recycled paper, and that this Certificate of Service was executed by me on July 5, 2007 at Los Angeles, California.

*Claudette M. Blaylock*

100257268_1.DOC

Gibson, Dunn & Crutcher LLP

NONPARTY HEWLETT-PACKARD COMPANY'S AMENDED NOTICE OF MOTION
TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER