# EXHIBIT R

## Andrew Curran

**From:** Kaounis, Angelique [AKaounis@gibsondunn.com]
**Sent:** Saturday, September 29, 2007 5:28 PM
**To:** Katherine Weall
**Cc:** Raines, Eric; Richard Erwine
**Subject:** RE: your message

Katherine,

We hope to get you something today or tomorrow. I am preparing for expert depositions in another matter and Eric is very sick, so we'll do our best. I have not yet heard back from the client, so any comments we send will still be subject to client approval.
Thanks,
Angelique

---

**From:** Katherine Weall [mailto:KatherineWeall@QuinnEmanuel.com]
**Sent:** Saturday, September 29, 2007 1:32 PM
**To:** Kaounis, Angelique
**Cc:** Raines, Eric; Richard Erwine
**Subject:** RE: your message

Angelique:

Have you or Eric had a chance to turn the comments around?

Katherine

Katherine J. Weall, Esq.
**quinn emanuel urquhart oliver & hedges llp**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct Phone: (212) 849-7197
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: katherineweall@QuinnEmanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Kaounis, Angelique [mailto:AKaounis@gibsondunn.com]
**Sent:** Friday, September 28, 2007 5:02 PM
**To:** Katherine Weall
**Cc:** Raines, Eric
**Subject:** your message

10/2/2007

Katherine,

    Thanks for your message this morning. I've been in meetings all day, and was hopeful that I'd get a chance to call you back already, but I'll still stuck for another few hours. I did get a chance to preliminary review your proposed changes the letter agreement yesterday, and had some comments so Eric or I will try to get those back to you today.

If I free up soon, I'll try to give you a call.
thanks very much,
Angelique

Angelique Kaounis
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave., Los Angeles, CA 90071
akaounis@gibsondunn.com
d: 213.229.7137
f: 213.229.6137

"MMS <Gibsondunn.net>" made the following annotations.
-----------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==================================================================


==================================================================

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==================================================================