## Certificate of Service

The undersigned hereby certifies that copies of the following documents have been caused to be served this 2nd day of October, 2007 upon the following counsel of record in the manner indicated.

1. Declaration of Kenneth Wildstein in Support of Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order.

2. Declaration of Richard W. Erwine in Support of Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order.

3. Declaration of Katherine Weall in Support of Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order & Supporting Exhibits A - S.

4. [Proposed] Order Denying Hewlett-Packard's Motion to Modify Subpoena and For a Protective Order.

5. Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and For a Protective Order.

**BY ELECTRONIC CASE FILING**

**Angelique Kaounis**
Gibson Dunn & Crutcher LLP
333 South Grand Ave., Suite 5100
Los Angeles, CA 90071
231-229-7137
Email: akaounis@gibsondunn.com

**Thomas R. Watson**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
650-801-5000
Email: thomaswatson@quinnemanuel.com

**BY ELECTRONIC MAIL**

**James Southwick**
Susman Godfrey LLP
590 Madison Avenue, 8th Floor
New York, NY 10022
(212) 336-8330
Email: jsouthwick@susmangodfrey.com

**Jeffrey Todd Thomas**
Gibson Dunn & Cruthcer LLP
4 Park Plaza Suite 1400
Irvine, CA 92614
949-451-3800
Email: jtthomas@gibsondunn.com

**Richard W. Erwine**
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7135
Email: richarderwine@quinnemanuel.com

**Katherine Weall**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7197
Email: katherineweall@quinnemanuel.com

_____
Andrew B. Curran