QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thomas R. Watson (Bar No. 227264)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000

Richard W. Erwine (*pro hac vice* pending)
Katherine J. Weall (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

Attorneys for Plaintiff
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.<br><br>      Defendant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United<br>States District Court for the Southern District<br>of New York, CASE NO. CV 06-13565 SCR<br><br>**PLAINTIFF IBM'S ADMINISTRATIVE<br>MOTION PURSUANT TO LOCAL RULE<br>79-5(c) TO FILE UNDER SEAL** |

Plaintiff International Business Machines Corporation ("IBM") submits this administrative motion pursuant to Civil Local rule 79-5(c) for an order sealing certain portions of IBM's memorandum of law in support of its Opposition To Hewlett-Packard's Motion To Modify Subpoena And For A Protective Order, filed on October 2, 2007 ("IBM Opposition Brief").

1    A party may be permitted to file court documents under seal to protect confidential and

2  trade secret information. *See, e.g., Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173,

3  1176 (9th Cir. 1988) (discussing proper procedure to submit trade secrets under seal); *Henry Hope*

4  *X-Ray Prods., Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336, 1343 (9th Cir. 1982).  As set forth in

5  the Declaration of Richard Erwine, the IBM Opposition Brief contains information considered to

6  be confidential by third-party respondent Hewlett-Packard Company ("H-P").  Accordingly, IBM

7  respectfully requests that the Court enter an order placing under seal the designated portions of the

8  

9  IBM Opposition Brief.

10

11

12

13  DATED:  October 3, 2007                 QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP
14

15
                                           By /s/ Thomas R. Watson
16                                              Thomas R. Watson
                                                Richard W. Erwine
17                                              Katherine J. Weall
                                                Attorneys for Plaintiff International Business
18                                              Machines Corporation

19

20

21

22

23

24

25

26

27

28

1

**Certificate of Service**

2

3          The undersigned hereby certifies that copies of the proceeding document has been caused
to be served this 3rd day of October, 2007 upon the following counsel of record in the manner
4    indicated.

5

6                              **BY ELECTRONIC CASE FILING**

7                                   **Angelique Kaounis**
                                    Gibson Dunn & Crutcher LLP
8                                   333 South Grand Avenue, Suite 5100
                                    Los Angeles, CA 90071
9                                   Tel: 213-229-7137
                                    Email: akounis@gibsondunn.com
10

11                                  **Thomas R. Watson**
                                    Quinn Emanuel Urquhart Oliver & Hedges LLP
12                                  555 Twin Dolphin Drive, Suite 560
                                    Redwood Shores, CA 94065
13                                  Tel: 650-801-5000
                                    Email: thomaswatson@quinnemanuel.com
14

15                              **BY ELECTRONIC MAIL**

16                                  **James Southwick**
                                    Susman Godfrey LLP
17                                  590 Madison Avenue, 8th Floor
                                    New York, NY 10022
18                                  Tel: 212-336-8330
                                    Email: jsouthwick@susmangodfrey.com
19
                                    **Jeffrey Todd Thomas**
20                                  Gibson Dunn & Crutcher LLP
                                    4 Park Plaza Suite 1400
21                                  Irvine CA 92614
                                    Tel: 949-451-3800
22                                  Email: jtthomas@gibsondunn.com

23

24

25                                  **Richard W. Erwine**
                                    Quinn Emanuel Urquhart Oliver & Hedges LLP
26                                  51 Madison Avenue, 22nd Floor
                                    New York, NY 10010
27                                  Tel: 212-849-7135
                                    Email: richarderwine@quinnemanuel.com
28
                                                              Case No. 5:07-mc-80174-JW PVT
─────────────────────────────────────────────────────────
Plaintiff IBM's Administrative Motion Pursuant To Local Rule 79-5(c) To File Under Seal

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Katherine Weall**
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7197
Email: katherineweall@quinnemanuel.com

Andrew B. Curran