UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.<br><br>Defendant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of new York, CASE NO. CV 06-13565 SCR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF IBM'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(c) TO FILE UNDER SEAL** |

Having considered Plaintiff International Business Machines Company's ("IBM's") Administrative Motion Pursuant to Local Rule 79-5(c) to File Under Seal and good cause appearing, IT IS HEREBY ORDERED:

1.      IBM's Administrative Motion Pursuant to Local Rule 79-5(c) to File Under Seal is hereby GRANTED.

2.      The Clerk of the Court shall file under seal the portions of IBM's Opposition To Hewlett-Packard's Motion To Modify Subpoena And For A Protective Order, filed on October 2, 2007, that are identified by highlighting within the text.

IT IS SO ORDERED

DATED:  _____                  _____
                                       The Honorable Patricia V. Trumbull
                                       United States Magistrate Court Judge