QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thomas R. Watson (Bar No. 227264)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
thomaswatson@quinnemanuel.com
(650) 801-5000
(650) 801-5100 (fax)

Richard W. Erwine (*pro hac vice* pending)
Katherine J. Weall (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
richarderwine@quinnemanuel.com
katherineweall@quinnemanuel.com
(212) 849-7000
(212) 849-7100 (fax)

Attorneys for Plaintiff
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.<br><br>     Defendant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**MANUAL FILING NOTICE OF PLAINTIFF IBM'S OPPOSITION TO HEWLETT-PACKARD'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Judge:   The Honorable Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

Regarding:   **PLAINTIFF IBM'S OPPOSITION TO HEWLETT-PACKARD'S MOTION MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[ ] Physical Object (description): _____
_____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____


DATED:  October 3, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                 By     /s/  Thomas R. Watson
                                      Thomas R. Watson
                                      Richard W. Erwine
                                      Katherine J. Weall
                                      Attorneys for Plaintiff INTERNATIONAL BUSINESS MACHINES CORPORATION