QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thomas R. Watson (Bar No. 227264)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
thomaswatson@quinnemanuel.com
(650) 801-5000
(650) 801-5100 (fax)

Richard W. Erwine (*pro hac vice* pending)
Katherine J. Weall (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
richarderwine@quinnemanuel.com
katherineweall@quinnemanuel.com
(212) 849-7000
(212) 849-7100 (fax)

Attorneys for Plaintiff
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATFORM SOLUTIONS, INC.<br><br>    Defendant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Judge: The Honorable Patricia V. Trumbull |

## Certificate of Service

The undersigned certifies that I caused to be served the following documents have been caused to be served this 3rd day of October, 2007 upon the following counsel of record in the manner indicated.

### BY ELECTRONIC MAIL

1. Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order.

2. (Redacted) Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order.

3. (Highlighted) Plaintiff IBM's Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order.

Angelique Kaounis
Gibson Dunn & Crutcher LLP
333 South Grand Ave., Suite 5100
Los Angeles, CA 90071
213-229-7137
Email: akaounis@gibsondunn.com

James T. Southwick
Susman Godfrey LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002

Jeffrey Todd Thomas
Gibson Dunn & Crutcher LLP
4 Park Plaza Suite 1400
Irvine, CA 92614
949-451-3800
Email: jtthomas@gibsondunn.com

Dated: October 3, 2007



Rachel Aripez