**FILED**
OCT 0 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
Northern District of California

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Plaintiff(s),

v.

PLATFORM SOLUTIONS, INC.,

    Defendant(s).

CASE NO. 07-mc-80174 (JW)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Katherine J. Weall, an active member in good standing of the bar of The Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010  (212) 849-7197

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Business Machines Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 4, 2007

_____
United States District Judge