# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IBM Subpoena in the matter of )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION, )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>PLATFORM SOLUTIONS, INC., )<br>)<br>          Defendant. )<br>_____ ) | Case No.: C 07-80174 RMW (PVT)<br><br>**ORDER RE REQUESTS TO FILE**<br>**DOCUMENTS UNDER SEAL** |

      On October 3, 2007, Plaintiff, International Business Machines Corporation ("IBM") submitted an *ex parte* request to file under seal portions of its Opposition to Hewlett-Packard's Motion to Modify Subpoena and for a Protective Order. IBM based the sealing request Hewlett-Packard's designation fo the documents as confidential.

      IT IS HEREBY ORDERED that the above-referenced documents shall be filed under seal at this time. However, such documents will be subject to a subsequent order unsealing such documents or an order to re-file a redacted public version of those documents found by the court not to be confidential, in the event the party claiming confidentiality does not make a sufficient factual showing that sealing is warranted under Rule 26(c) of the Federal Rules of Civil Procedure.

1    IT IS FURTHER ORDERED that no later than October 16, 2007, any party claiming that any information contained in the above-referenced documents warrants sealing under Federal Rules of Civil Procedure 26(c), shall serve and file declaration(s) from competent witnesses setting forth the specific facts that justify sealing. The factual showing must address separately each portion of the materials that the party contends warrants protection. *See* CIVIL L.R. 79-5, and commentary thereto. And counsel should keep in mind that "Broad allegations of harm, however, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test." *Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 476 (9th Cir. 1992).

IT IS SO ORDERED.

Dated: October 9, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*