# EXHIBIT B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: October 31, 2006

Or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                    to

Commission file number 1-4423

# HEWLETT-PACKARD COMPANY
(Exact name of registrant as specified in its charter)

| **Delaware** | **94-1081436** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| **3000 Hanover Street, Palo Alto, California** | **94304** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: **(650) 857-1501**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common stock, par value $0.01 per share | New York Stock Exchange |
| Liquid Yield Option™ Notes due 2017 | The Nasdaq Stock Market |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Securities Act.    Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒         Accelerated filer ☐         Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act)    Yes ☐  No ☒

The aggregate market value of the registrant's common stock held by non-affiliates was $90,860,054,190 based on the last sale price of common stock on April 28, 2006.

The number of shares of HP common stock outstanding as of November 30, 2006 was 2,720,808,149 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

| DOCUMENT DESCRIPTION | 10-K PART |
|---|---|
| Portions of the Registrant's notice of annual meeting of stockholders and proxy statement to be filed pursuant to Regulation 14A within 120 days after Registrant's fiscal year end of October 31, 2006 are incorporated by reference into Part III of this Report. | III |

Hewlett-Packard Company

Form 10-K

For the Fiscal Year Ended October 31, 2006

**Table of Contents**

| | | Page |
|---|---|---:|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 16 |
| Item 1B. | Unresolved Staff Comments | 30 |
| Item 2. | Properties | 30 |
| Item 3. | Legal Proceedings | 31 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 31 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 32 |
| Item 6. | Selected Financial Data | 33 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 68 |
| Item 8. | Financial Statements and Supplementary Data | 70 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosures | 142 |
| Item 9A. | Controls and Procedures | 142 |
| Item 9B. | Other Information | 142 |
| **PART III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 143 |
| Item 11. | Executive Compensation | 143 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 143 |
| Item 13. | Certain Relationships and Related Transactions | 143 |
| Item 14. | Principal Accountant Fees and Services | 143 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 144 |

**ITEM 8. Financial Statements and Supplementary Data.**

## Table of Contents

| | |
|---|---:|
| Report of Independent Registered Public Accounting Firm | 71 |
| Management's Report on Internal Control Over Financial Reporting | 73 |
| Consolidated Statements of Earnings | 74 |
| Consolidated Balance Sheets | 75 |
| Consolidated Statements of Cash Flows | 76 |
| Consolidated Statements of Stockholders' Equity | 77 |
| Notes to Consolidated Financial Statements | 78 |
|     Note 1: Summary of Significant Accounting Policies | 78 |
|     Note 2: Stock-Based Compensation | 86 |
|     Note 3: Net Earnings Per Share ("EPS") | 92 |
|     Note 4: Balance Sheet Details | 93 |
|     Note 5: Supplemental Cash Flow Information | 95 |
|     Note 6: Acquisitions | 95 |
|     Note 7: Goodwill and Purchased Intangible Assets | 98 |
|     Note 8: Restructuring Charges | 99 |
|     Note 9: Financial Instruments | 101 |
|     Note 10: Financing Receivables and Operating Leases | 106 |
|     Note 11: Guarantees | 107 |
|     Note 12: Borrowings | 108 |
|     Note 13: Taxes on Earnings | 111 |
|     Note 14: Stockholders' Equity | 115 |
|     Note 15: Retirement and Post-Retirement Benefit Plans | 117 |
|     Note 16: Commitments | 126 |
|     Note 17: Litigation and Contingencies | 127 |
|     Note 18: Segment Information | 134 |
| Quarterly Summary | 141 |

## HEWLETT-PACKARD COMPANY AND SUBSIDIARIES
### Consolidated Statements of Earnings

|  | For the fiscal years ended October 31 | | |
|---|---:|---:|---:|
|  | 2006 | 2005 | 2004 |
|  | In millions, except per share amounts | | |
| **Net revenue:** | | | |
| Products | $73,557 | $68,945 | $64,046 |
| Services | 17,773 | 17,380 | 15,470 |
| Financing income | 328 | 371 | 389 |
| Total net revenue | 91,658 | 86,696 | 79,905 |
| **Costs and expenses:** | | | |
| Cost of products | 55,248 | 52,550 | 48,659 |
| Cost of services | 13,930 | 13,674 | 11,962 |
| Financing interest | 249 | 216 | 190 |
| Research and development | 3,591 | 3,490 | 3,563 |
| Selling, general and administrative | 11,266 | 11,184 | 10,496 |
| Amortization of purchased intangible assets | 604 | 622 | 603 |
| Restructuring charges | 158 | 1,684 | 114 |
| In-process research and development charges | 52 | 2 | 37 |
| Pension curtailment | — | (199) | — |
| Acquisition-related charges | — | — | 54 |
| Total operating expenses | 85,098 | 83,223 | 75,678 |
| Earnings from operations | 6,560 | 3,473 | 4,227 |
| Interest and other, net | 606 | 189 | 35 |
| Gains (losses) on investments | 25 | (13) | 4 |
| Dispute settlement | — | (106) | (70) |
| Earnings before taxes | 7,191 | 3,543 | 4,196 |
| Provision for taxes | 993 | 1,145 | 699 |
| Net earnings | $ 6,198 | $ 2,398 | $ 3,497 |
| **Net earnings per share:** | | | |
| Basic | $ 2.23 | $ 0.83 | $ 1.16 |
| Diluted | $ 2.18 | $ 0.82 | $ 1.15 |
| **Weighted average shares used to compute net earnings per share:** | | | |
| Basic | 2,782 | 2,879 | 3,024 |
| Diluted | 2,852 | 2,909 | 3,055 |

The accompanying notes are an integral part of these Consolidated Financial Statements.

Exhibit 31.1

**CERTIFICATION**

I, Mark V. Hurd, certify that:

1. I have reviewed this Annual Report on Form 10-K of Hewlett-Packard Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 15, 2006

/s/ MARK V. HURD
Mark V. Hurd
*Chairman, Chief Executive Officer and President*
*(Principal Executive Officer)*

Exhibit 31.2

**CERTIFICATION**

I, Robert P. Wayman, certify that:

1. I have reviewed this Annual Report on Form 10-K of Hewlett-Packard Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures, and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 15, 2006

/s/ ROBERT P. WAYMAN
Robert P. Wayman,
*Executive Vice President and*
*Chief Financial Officer*
*(Principal Financial Officer)*

Exhibit 32

# CERTIFICATION
# OF
# CHIEF EXECUTIVE OFFICER
# AND
# CHIEF FINANCIAL OFFICER
# PURSUANT TO 18 U.S.C. 1350,
# AS ADOPTED PURSUANT TO
# SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

I, Mark V. Hurd, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that the Annual Report on Form 10-K of Hewlett-Packard Company for the fiscal year ended October 31, 2006 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that information contained in such Annual Report on Form 10-K fairly presents, in all material respects, the financial condition and results of operations of Hewlett-Packard Company.

December 15, 2006                           By: /s/ MARK V. HURD
                                            _____
                                            Mark V. Hurd
                                            *Chairman, Chief Executive Officer and President*

I, Robert P. Wayman, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that the Annual Report on Form 10-K of Hewlett-Packard Company for the fiscal year ended October 31, 2006 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that information contained in such Annual Report on Form 10-K fairly presents, in all material respects, the financial condition and results of operations of Hewlett-Packard Company.

December 15, 2006                           By: /s/ ROBERT P. WAYMAN
                                            _____
                                            Robert P. Wayman
                                            *Executive Vice President and*
                                            *Chief Financial Officer*

A signed original of this written statement required by Section 906 has been provided to Hewlett-Packard Company and will be retained by Hewlett-Packard Company and furnished to the Securities and Exchange Commission or its staff upon request.

www.hp.com/investor/home

More information on HP's non-financial performance is available in our Global Citizenship Report at www.hp.com/go/report. Cover printed on 100-percent recycled paper. © 2007 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein.

4AA0-8557ENW    01/22/07