1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

*In re* IBM Subpoena in the matter of:

CASE NO. C07-80174 RMW (PVT)

12

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

Underlying action pending in the United States
District Court for the Southern District of New
York, CASE NO. CV 06-13565 SCR

13

Plaintiff and Counterclaim
Defendant,

**[PROPOSED] ORDER SEALING
UNREDACTED PAGES OF IBM'S
OPPOSITION TO HP'S MOTION TO
MODIFY SUBPOENA AND FOR
PROTECTIVE ORDER AND PORTIONS
OF EXHIBITS G, J, & K TO
DECLARATION OF KATHERINE WEALL
IN SUPPORT THEREOF**

14

15

v.

16

PLATFORM SOLUTIONS, INC.,

17

Defendant and Counterclaimant.

18

**[Per Court's October 9, 2007 Order Re:
Requests to File Documents Under Seal]**

19

20

Hearing Date: Off-calendar
Former Hearing Date:   October 23, 2007
Place:   Courtroom 5
Before: The Honorable Patricia V. Trumbull

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S**                                    **CASE NO. C 07-80174-RMW (PVT)**
**OPPOSITION TO HP'S MOTION TO MODIFY**
**SUBPOENA AND FOR PROTECTIVE ORDER AND**
**SUPPORTING EXHIBITS G, J, & K**

1

2
　　　　Good cause appearing therefore, IT IS HEREBY ORDERED THAT the below-listed portions

3
of the following documents lodged with the Court by International Business Machines Corp.

4
("IBM") on October 2, 2007, shall be filed under seal:

5
　　　　1.　IBM's Opposition to HP's Motion to Modify Subpoena and for Protective Order: page

6
　　　　　　1, lines 10-11; page 3, lines 16-19; page 12, lines 16, 20-23; page 13, lines 1-2, and

7
　　　　　　page 15, line 19;

8
　　　　2.　Exhibit G to Declaration of Katherine Weall: page 5, lines 16 and 18, page 9, lines 4-5

9
　　　　　　and page 10, line 1 of the underlying document;

10
　　　　3.　Exhibit J to Declaration of Katherine Weall: page 1, line 4 in the first full paragraph

11
　　　　　　under "1. The Protective Order";  and

12
　　　　4.　Exhibit K to Declaration of Katherine Weall: page 2, lines 6-7 in the first full paragraph

13
　　　　　　under "B. HP's Objections to IBM's Request for the Production of Documents.  1.

14
　　　　　　Definitions," and page 3, line 5 in the first full paragraph under "C. Specific Requests."

15
**IT IS SO ORDERED.**

16
Dated:_____　　　　　　　_____

17
　　　　　　　　　　　　　　　　　　HONORABLE PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE

18

19

20
Respectfully submitted,

21
GIBSON, DUNN & CRUTCHER LLP

22

23
By:　　/s/ Angelique Kaounis
　　　　　Angelique Kaounis

24
Attorneys for NONPARTY
HEWLETT-PACKARD COMPANY

25

26

27

28

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S**　　　　　**CASE NO. C 07-80174-RMW (PVT)**
**OPPOSITION TO HP'S MOTION TO MODIFY**
**SUBPOENA AND FOR PROTECTIVE ORDER AND**
**SUPPORTING EXHIBITS G, J, & K**

**DECLARATION OF SERVICE**

I, Joyce Tanabe, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on October 15, 2007, I served the following:

**[PROPOSED] ORDER SEALING UNREDACTED PAGES OF IBM'S**

**OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR**

**PROTECTIVE ORDER AND PORTIONS OF EXHIBITS G, J, & K TO**

**DECLARATION OF KATHERINE WEALL IN SUPPORT THEREOF**

on the interested parties stated below, by the following means of service:

| | |
|---|---|
| Richard W. Erwine, Esq. | richarderwine@quinnemanuel.com |
| Katherine Weall, Esq. | KatherineWeall@QuinnEmanuel.com |
| Quinn Emanuel Urquart | |
|   Oliver & Hedges, LLP | |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY  10010 | |
| [Counsel for IBM] | |
| | |
| Ryan C. Kirkpatrick | rkirkpatrick@susmangodfrey.com |
| Susman Godfrey LLP | |
| 1901 Ave. of the Stars, Suite 950 | |
| Los Angeles, CA 90067 | |
| Tel.  (310) 789-3107 | |
| FAX (310) 789-3016 | |
| [Counsel for PSI] | |

**BY PDF FORMAT:**  I caused each such document to be transmitted by PDF format, to the parties and email addresses listed above.

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S**              **CASE NO. C 07-80174-RMW (PVT)**
**OPPOSITION TO HP'S MOTION TO MODIFY**
**SUBPOENA AND FOR PROTECTIVE ORDER AND**
**SUPPORTING EXHIBITS G, J, & K**

Gibson, Dunn &
Crutcher LLP

1    I certify under penalty of perjury that the foregoing is true and correct, that the original of the

2   aforementioned document(s) was/were printed on recycled paper, and that this Certificate of Service

3   was executed by me on October 15, 2007 at Los Angeles, California.

4

5

6   100318677_1.DOC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Joyce Tanabe

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S**                    **CASE NO. C 07-80174-RMW (PVT)**
**OPPOSITION TO HP'S MOTION TO MODIFY**
**SUBPOENA AND FOR PROTECTIVE ORDER AND**
**SUPPORTING EXHIBITS G, J, & K**