UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. C07-80174 RMW (PVT)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**[PROPOSED] ORDER SEALING UNREDACTED PAGES OF IBM'S OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER AND PORTIONS OF EXHIBITS G, J, & K TO DECLARATION OF KATHERINE WEALL IN SUPPORT THEREOF**<br><br>**[Per Court's October 9, 2007 Order Re: Requests to File Documents Under Seal]**<br><br>Hearing Date: Off-calendar<br>Former Hearing Date:   October 23, 2007<br>Place:   Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER AND SUPPORTING EXHIBITS G, J, & K**                **CASE NO. C 07-80174-RMW (PVT)**

Gibson, Dunn & Crutcher LLP

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the below-listed portions of the following documents lodged with the Court by International Business Machines Corp. ("IBM") on October 2, 2007, shall be filed under seal:

1. <u>IBM's Opposition to HP's Motion to Modify Subpoena and for Protective Order</u>: page 1, lines 10-11; page 3, lines 16-19; page 12, lines 16, 20-23; page 13, lines 1-2, and page 15, line 19;

2. <u>Exhibit G to Declaration of Katherine Weall</u>: page 5, lines 16 and 18, page 9, lines 4-5 and page 10, line 1 of the underlying document;

3. <u>Exhibit J to Declaration of Katherine Weall</u>: page 1, line 4 in the first full paragraph under "1. The Protective Order"; and

4. <u>Exhibit K to Declaration of Katherine Weall</u>: page 2, lines 6-7 in the first full paragraph under "B. HP's Objections to IBM's Request for the Production of Documents. 1. Definitions," and page 3, line 5 in the first full paragraph under "C. Specific Requests."

**IT IS SO ORDERED.**

Dated: October 16, 2007

*[signature]*
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Angelique Kaounis
         Angelique Kaounis
Attorneys for NONPARTY
HEWLETT-PACKARD COMPANY

---

**[PROPOSED] ORDER SEALING PORTIONS OF IBM'S OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER AND SUPPORTING EXHIBITS G, J, & K**    **CASE NO. C 07-80174-RMW (PVT)**

Gibson, Dunn & Crutcher LLP

# DECLARATION OF SERVICE

I, Joyce Tanabe, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on October 15, 2007, I served the following:

**[PROPOSED] ORDER SEALING UNREDACTED PAGES OF IBM'S OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER AND PORTIONS OF EXHIBITS G, J, & K TO DECLARATION OF KATHERINE WEALL IN SUPPORT THEREOF**

on the interested parties stated below, by the following means of service:

Richard W. Erwine, Esq.          richarderwine@quinnemanuel.com
Katherine Weall, Esq.            KatherineWeall@QuinnEmanuel.com
Quinn Emanuel Urquart
  Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
 [Counsel for IBM]

Ryan C. Kirkpatrick               rkirkpatrick@susmangodfrey.com
Susman Godfrey LLP
1901 Ave. of the Stars, Suite 950
Los Angeles, CA 90067
Tel.  (310) 789-3107
FAX (310) 789-3016
[Counsel for PSI]

**BY PDF FORMAT:** I caused each such document to be transmitted by PDF format, to the parties and email addresses listed above.

---

[PROPOSED] ORDER SEALING PORTIONS OF IBM'S                    CASE NO. C 07-80174-RMW (PVT)
OPPOSITION TO HP'S MOTION TO MODIFY
SUBPOENA AND FOR PROTECTIVE ORDER AND
SUPPORTING EXHIBITS G, J, & K

Gibson, Dunn & Crutcher LLP

1  I certify under penalty of perjury that the foregoing is true and correct, that the original of the
2  aforementioned document(s) was/were printed on recycled paper, and that this Certificate of Service
3  was executed by me on October 15, 2007 at Los Angeles, California.

                                                                             Joyce Tanabe

100318677_1.DOC

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER SEALING PORTIONS OF IBM'S OPPOSITION TO HP'S MOTION TO MODIFY SUBPOENA AND FOR PROTECTIVE ORDER AND SUPPORTING EXHIBITS G, J, & K        CASE NO. C 07-80174-RMW (PVT)