GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM 30(b)(6) Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　Defendant and Counterclaimant. | CASE NO. C07-80174 RMW (PVT)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**MANUAL FILING NOTIFICATION RE: HP'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER AND DECLARATIONS OF ANGELIQUE KAOUNIS (WITH EXHIBITS) AND STEPHEN HOWARD FILED IN SUPPORT THEREOF**<br><br>Hearing Date: June 3, 2008<br>Hearing Time: 10:00 a.m.<br>Place:　Courtroom 5<br>Before: Hon. Patricia V. Trumbull |

**MANUAL FILING NOTIFICATION**

Regarding: (1) Non-Party Hewlett Packard Company's Notice of Motion and Motion to Modify Subpoena and for Protective Order (and [Proposed] Order Granting Motion); (2) the Declaration of Steven Howard in Support of HP's Motion to Modify Subpoena and for Protective Order; and (3) the Declaration of Angelique Kaounis (and exhibits thereto) in Support of HP's Motion to Modify Subpoena and for Protective Order:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served via email/PDF shortly (per agreement of the parties) with a courtesy copy to follow by overnight courier or U.S. Mail. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

DATED: April 29, 2008         JEFFREY T. THOMAS
                              ANGELIQUE KAOUNIS
                              GIBSON, DUNN & CRUTCHER LLP

                              By: /s/ Angelique Kaounis _____
                                      Angelique Kaounis
                                    Attorneys for Nonparty
                                 HEWLETT-PACKARD COMPANY