GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM 30(b)(6) Subpoena in the matter of: | CASE NO. NO. C07-80174 RMW (PVT)<br>The Hon. Patricia V. Trumbull |
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　Defendant and Counterclaimant. | Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) TO FILE UNDER SEAL UNREDACTED PAGES OF NONPARTY HEWLETT-PACKARD COMPANY'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER; [PROPOSED] ORDER GRANTING MOTION; AND DECLARATIONS IN SUPPORT THEREOF.**<br><br>[Declaration of Alexander S. Klein III and [Proposed] Order filed concurrently herewith]<br><br>Date:　June 3, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom 5 |

Pursuant to Civil Local Rules 7-11 and 79-5, as set forth in the Declaration of Alexander Klein III (filed concurrently herewith), and in connection with the concurrently-filed *Motion to Modify Subpoena and for a Protective Order*, Nonparty Hewlett-Packard Company ("HP") moves this Court for administrative relief to maintain filed under seal and/or with redactions the following documents:

1.      Portions of Non-Party Hewlett Packard Company's Motion to Modify Subpoena and for Protective Order and the [Proposed] Order Granting Motion ("Motion");

2.      Portions of the Declaration of Steven Howard in Support of the Motion; and

3.      Portions of Exhibits A, D, H, L, M, N, O, and Q attached to the Declaration of Angelique Kaounis in Support of the Motion.

Civil Local Rule 79-5 (c) provides that: "[i]f only a portion of a document is sealable, counsel seeking to file that portion of the document under seal must: (1) File and serve an Administrative Motion to File Under Seal, in conformance with Civil L.R. 7-11, accompanied by a declaration establishing that a portion of the document is sealable. . . ."  Accordingly, HP submits this Administrative Motion because it wishes to file documents in support of its Motion that contain, quote and/or refer to HP's valuable confidential proprietary information that may cause harm to HP's competitive interests if disclosed (as further explained in the accompanying declaration of Alexander S. Klein, at ¶¶ 4-8).

**Motion**

The Motion is filed with redactions on page 4, lines 6-8, on page 9, line 11, on page 10, line 2 of the Motion itself, and on page 2, lines 19-20 of the [Proposed] Order thereto, for the reasons set forth in the accompanying declaration.  Declaration of Alexander S. Klein III in Support of the Administrative Motion to Seal ("Klein Declaration"), at ¶¶ 4-8.

**Stephen Howard Declaration**

The Declaration of Stephen Howard is filed with redactions at page 2, lines 4, and 24-26 for the reasons set forth in the accompanying declaration.  Klein Declaration at ¶¶ 4-8.

**Exhibits to the Declaration of Angelique Kaounis**

Exhibits A, D, H, L, M, N, O, and Q to the Declaration of Angelique Kaounis filed in Support of the Motion are filed with partial redactions for the reasons set forth in the accompanying declaration.  Klein Declaration at ¶¶ 4-8.

As required by Civil Local Rule 79-5, the following additional papers are also being lodged with the Court:  (1) a proposed order to seal portions of the documents; (2) a copy of the documents with the sealable portions highlighted; and (3) a redacted copy of the documents, which are attached to the Klein Declaration filed concurrently herewith.  Because Civil Local Rule 79-5(a) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into a stipulation in support of this administrative motion.  *See* Civil L.R. 7-11.

DATED:  April 29, 2008                           GIBSON, DUNN & CRUTCHER LLP


                                                 By:        __/s/ Angelique Kaounis_____
                                                            ANGELIQUE KAOUNIS