**EXHIBIT  A**

WorldWide-English

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |

» Contact HP

Search: [                    ] [»]

● Large Enterprise Business    ○ All of HP

Large enterprise business

![HP logo]

# Why Migrate to HP?

It's an investment in your future

» **Large Enterprise Business**

» Products
» Business & IT services
» Solutions
» Technologies
» Partners
» Support & Drivers
» Business Technology
» Media & Library



Power and productivity that expands with your business

With more options at lower costs, an HP server solution will give you the power and productivity that expand with your business.



- **Customized environment**
  Designed around your IT needs with simple, single-pane manageability and the agility to handle real business tasks
  » Learn more about data center transformation



- **Reduced TCO**
  Lower maintenance and operating costs and more efficient manageability so you can invest more resources in innovation
  » Learn more about cutting IT costs



- **Balanced performance**
  Combining batch processing, data analytics, manageability and virtualization to deliver real-world power
  » Learn more about the next generation of IT

## Advantages of migrating to HP

Here's how HP eliminates some of the common concerns in the migration process, and how we take the good things and make them better.

- **Customized environment**
  Designed around your IT needs with simple, single-pane manageability and the agility to handle real business tasks
- **System consolidation**
  Big mainframe systems will soon be history. HP servers are efficient and simple — saving you time, space, and money.
- **Vendor consolidation**
  Wouldn't you rather deal with one vendor for your entire IT environment? With HP, you get everything in one package.
- **Modernization**
  HP servers are cutting-edge and designed based on real business demands – as told by you. So you can count on them growing with your business as you move into the future.
- **Reduced up-front costs**
  HP servers reduce your up-front costs with more efficient, streamlined systems.  Rather than paralyze you, we think server migration should empower you.

» Learn more: "Three myths of IT migration" feature article

» Three myths of IT migration

» The Real Story about Server Market Share Facts



» Interesting Storage market share facts

Get started
  » Contact us

Migrate to HP
  Easily customize your environment and migrate from any platform.
  » I have IBM mainframes
  » I have IBM servers
  » I have Sun servers
  » I have x86-based servers
  » I have non-HP storage

What to expect
  » Learn more about what you should know before beginning the migration process

Migration resources
  Articles
  » The Real Story about IT consolidation—it's a strategic initiative
  » Special report on virtualization: Making the virtual real
  Case studies
  » Harman Pro Group - Improving system management
  » General Mills, Inc.: Reducing costs with Integrity
  Webinars & Videos
  » HP's superior design advantages optimized to increase your ROI
  » Got agility?  First step: optimizing the infrastructure

**» HP's broad portfolio**

Migrating to HP allows you more product choices at lower costs backed by world-class service and proven reliability.
» Servers
» Storage
» HP BladeSystem
» IT services

**Migration services**

HP's world-class migration services help streamline the process from pre-planning and assessment to post-migration follow-up.
» Porting & migration assessment
» Data migration service
» Application modernization services
» Virtualization services

🖳 **Printable version**

Privacy statement            Using this site means you accept its terms
© 2008 Hewlett-Packard Development Company, L.P.

EXHIBIT  B

United States-English

» HP Home   » Products & Services   » Support & Drivers   » Solutions   » How to Buy

» Contact HP

Search: [          ] »»
◉ Large Enterprise Business  ○ All of HP US



Solutions > IT Consolidation

# Mainframe Alternative Consolidation

» Large Enterprise
Business

» Products
» Business & IT services
» Solutions
» Technologies
» Partners
» Support & Drivers
» Business Technology
» Media & Library

» Subscribe: driver
updates, e-reports, and
more
» Featured offers
» Events center
» Case studies
» Technology news
» ActiveAnswers

» Free HP Mainframe
Migration and ROI
white paper

Overview      » Success story      » Solution components      » Learn more

**HP Mainframe Alternative Consolidation solutions help organizations reduce costs, adapt to increased business demands and lower operational risks.**



Once a mainstay of large enterprises, the mainframe is now oftentimes viewed as a costly and inflexible solution that can no longer support the needs of organizations that must adapt quickly to the ever-changing marketplace.

HP Mainframe Alternative Consolidation solutions help organizations create flexible IT infrastructures by migrating and consolidating mainframes and the applications that run on them onto highly reliable and manageable standards-based platforms.

These solutions help organizations:

- Reduce total cost of ownership by deploying more scalable and manageable systems
- Address lack of IT professionals trained and skilled in mainframe technologies and support
- Increase business flexibility
- Take advantage of a multitude of applications available on industry-standard platforms

**Why HP for this solution**

**HP has the technical expertise in this area and works to develop cost-effective solutions based on:**

- Portfolio of servers that deliver performance, reliability, scalability and security
- HP StorageWorks products that attach to both mainframe and HP platforms
- Experience and expertise managing more than 50,000 heterogeneous systems worldwide, including significant mainframe operations
- Complete business, migration and IT services, as well as educational offerings to help organizations design, manage and evolve their new environments
- Strategic partnerships with leading independent software vendors and systems integrators

**Get started**
» Contact HP

**Related links**
» Legacy mainframe
evolution
» Grid Computing
» Virtualization

**Spotlight**

Consolidate with Confidence
» Mission Critical Services &
IT Consolidation white
paper
» Mission Critical Services &
IT Consolidation brochure
» Read - Mercy Hospital
Miami success story

🖶 **Printable version**

Privacy statement          Using this site means you accept its terms
                           © 2008 Hewlett-Packard Development Company, L.P.

United States-English

| >> HP Home | >> Products & Services | >> Support & Drivers | >> Solutions | >> How to Buy |

» Contact HP

Search: [_____] [»]

⊙ Large Enterprise Business  ○ All of HP US

Solutions  >  IT Consolidation



# Mainframe Alternative Consolidation

» **Large Enterprise Business**

» Products
» Business & IT services
» Solutions
» Technologies
» Partners
» Support & Drivers
» Business Technology
» Media & Library

» Subscribe: driver updates, e-reports, and more
» Featured offers
» Events center
» Case studies
» Technology news
» ActiveAnswers

» Overview        » Success story        Solution components        » Learn more

## Mainframe Alternative Consolidation

### Servers

» HP ProLiant
» HP BladeSystem Servers
» HP Integrity Servers
» HP NonStop Servers
» HP 9000 Servers
» HP AlphaServer Systems

### Networking

» ProCurve Networking
» ProLiant Networking Products
» HP 9000 and HP Integrity Server Connectivity
» NonStop Networking Products
» Print Servers and Network Software

### Storage

» Enterprise Storage
» Storage Consolidation

### Software

» Management Solutions
» SAP Consolidation
» HP Software

### Services

» Application Management Solutions
» Enterprise Integration
» HP ITSM Services
» HP OpenView Application Management
» HP OpenView Identity Management
» HP Mission Critical Services
» Infrastructure Management Solutions
» IT Consolidation Value Workshop
» IT Investment Justification & Architectural Blueprint
» Strategic Outsourcing

**Get started**
» Contact HP

**ISV partnerships**
» BEA
» Microsoft
» Oracle
» SAP
» SAS
» Siebel
» Sybase
» TIBCO

🖶 **Printable version**

Privacy statement            Using this site means you accept its terms
                         © 2008 Hewlett-Packard Development Company, L.P.

**EXHIBIT C**



United States-English

» HP Home    » Products & Services    » Support & Drivers    » Solutions    » How to Buy

» Contact HP

Search: [_____] [>]
○ Large Enterprise Business ○ All of HP US

Large enterprise business  >  Why Migrate to HP?

# Migrate from IBM mainframes to HP

It's the power move

» **Large Enterprise Business**

» Products
» Business & IT services
» Solutions
» Technologies
» Partners
» Support & Drivers
» Business Technology
» Media & Library



» Three myths of IT migration



» The Real Story about Server Market Share Facts



» Interesting Storage market share facts

HP Integrity and HP ProLiant servers will give you lower-cost open environments with more IT power, agility, and efficiency.



» TCO    » Power & Cooling    » Risk mitigation

**Cut costs with HP**

The cost of running Linux on a new HP rx7640 (8 cores) is 1/7 the cost of adding 4 Linux processors to an existing mainframe.

» See how one company reduced costs with HP

*Includes initial one-time and maintenance costs. SUSE Linux license and virtualization software. HP rx7640: 8 cores, 8 MB RAM. Mainframe z9 BC Model z04 (8 processors), 4 IFLs (Integrated Facility for Linux)*

Existing Mainframe $690,060

HP $97,150

» Click here for the non-Flash IBM mainframe migration story

**Migration path**

HP's powerful, lower-cost server solutions can help you move into the future and leave your mainframe headaches behind. Every HP solution delivers balanced performance and agility to accomplish real-world tasks. Find your migration path based on your needs below. Which HP server fits you best?

| Needs | Recommendations |
|---|---|
| Reduce TCO of current mainframe environment | » HP servers |
| Maximize power and cooling in the data center | » Energy efficiency for the enterprise |
| Achieve mainframe level quality of service at mainstream prices | » HP Integrity Superdome servers<br>» HP Integrity NonStop servers<br>» Business Continuity & Availability |
| Adopt a more flexible architecture to optimize business outcome | » Adaptive Infrastructure |
| Increase budget spent on Innovation instead of routine Maintenance by modernizing mainframe applications | » Application Modernization Services |
| Use, leverage and extend mainframe data | » HP StorageWorks XP Disk Array Mainframe |

Get started
» Contact us

Migrate to HP
» I have IBM mainframes
» I have IBM servers
» I have Sun servers
» I have x86-based servers
» I have non-HP storage

What to expect
» Learn more about what you should know before beginning the migration process.

Migration resources
White papers
» HP mainframe migration analysis and ROI report
» Future-Proof your business
Case studies
» JT International reduces costs by 30%
» WGV Insurance realizes 133% ROI
Webinars & Videos
» Business Availability you can count on
» Honey, I shrunk the Mainframe

Migration services
» Porting & migration assessment
» Data migration service
» Application modernization services
» Virtualization services

» HP's broad portfolio
Migrating to HP allows you more product choices at lower costs backed by world-class service and proven reliability.
» Servers
» Storage
» HP BladeSystem
» IT services

Solutions

Enable mainframe applications to
respond quickly to rapid business
changes

» Application
  Modernization Services

Measure end to end transactions
time to achieve SLAs

» Business Technology
  Optimization (BTO)
  Software

Reduce IT complexity of your
mainframe data center

» Outsourcing Services

**Mainframe alternatives**



» Modernizing mainframes and
  their applications

HP has helped mainframe
users reduce costs and
improve business agility. John
Pickett identifies some key
business problems that
mainframe users face, and
how HP can help solve them.

**Printable version**

Privacy statement                Using this site means you accept its terms
                        © 2008 Hewlett-Packard Development Company, L.P.