GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM 30(b)(6) Deposition Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>    Defendant and Counterclaimant. | CASE NO. C07-80174 RMW (PVT)<br>The Hon. Patricia V. Trumbull<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Gibson, Dunn &
Crutcher LLP

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, as of July 30, 2007, Jeffrey T. Thomas, counsel of record for Nonparty Hewlett Packard Co., has changed his address for service of notices and documents in the above-captioned action. The new address of Jeffrey T. Thomas is as follows: 3161 Michelson Drive, Irvine, CA 92612-4412. Jeffrey T. Thomas' telephone and fax numbers and e-mail address remain the same.

All notices and documents regarding the action should be sent to the above address.

DATED: April 29, 2008

JEFFREY T. THOMAS
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Angelique Kaounis
     Angelique Kaounis

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY