GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM 30(b)(6) Deposition Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>      Defendant and Counterclaimant. | CASE NO. C07-80174 RMW (PVT)<br>The Hon. Patricia V. Trumbull<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 3, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 5 |

# CERTIFICATE OF SERVICE

## MAIL, OVERNIGHT MESSENGER, FAX, ELECTRONIC MAIL, HAND DELIVERY

I, Melinda A. McCrory, hereby certify as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, CA 94304, in said County and State; I am employed in the office of Angelique Kaounis, a member of the bar of this Court, and at her direction, on April 29, 2008, I served each of the following:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NONPARTY HEWLETT-PACKARD COMPANY'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER;**
**DECLARATION OF JOHN PICKETT IN SUPPORT OF HP'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER;**
**NOTICE OF CHANGE OF ADDRESS;** *AND*
**ECF REGISTRATION HANDOUT**

on the interested parties in this action, by:

☐  **Service by Mail:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐  **Service by Commercial Overnight Messenger:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:
and after sealing said envelope I caused same to be delivered to the aforementioned attorney(s) by qualified commercial overnight messenger.

☐  **Service by Fax:** causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated, addressed as follows:
and that the transmission was reported as completed and without error. A true and correct copy of said transmission report is attached hereto.

☐  **Service by Hand Delivery:** delivering true and correct copy(ies) thereof and sufficient envelope(s) addressed to the attorney(s) of record, addressed as follows:

to a messenger or messengers for personal delivery.

☒ **Service by Electronic Mail (pursuant to an agreement by the parties):** delivering true and correct copies thereof in pdf format via electronic mail addressed as follows:

**David Patron**
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Direct: (504) 584-9295
Fax: (504) 568-9130
Email: patrond@phelps.com

**Ryan Kirkpatrick**
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100
Email: RKirkpatrick@susmangodfrey.com

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s), and all copies made from same, were printed on recycled paper, and that this Certificate of Service was executed by me on April 29, 2008 at Palo Alto, CA.

_____
Melinda A. McCrory