UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM 30(b)(6) Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　Defendant and Counterclaimant. | CASE NO. NO. C07-80174 RMW (PVT)<br>The Hon. Patricia V. Trumbull<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>[xxxxxxxxxxx **ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) TO FILE UNDER SEAL UNREDACTED PAGES OF NONPARTY HEWLETT-PACKARD COMPANY'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER; [PROPOSED] ORDER GRANTING MOTION; AND DECLARATIONS IN SUPPORT THEREOF**. |

The Administrative Motion of Nonparty Hewlett-Packard Company ("HP") ("Motion") pursuant to Civ. L.R. 79-5, and the related declaration of HP pursuant to Civ. L.R. 79-5(c) (the "Declaration"), came before this Court for determination in connection with HP's Motion to Modify Subpoena and for a Protective Order. After consideration of the Motion,

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL**　　Case No. C07-80174-RMW (PVT)

the Declaration, the Court's files and records in this matter, the Court finds that the information set forth below reflects confidential proprietary HP information, which if disclosed to competitors and/or the public, could cause serious injury to HP because:
(a) competitors could use this otherwise confidential and valuable information to ascertain (1) where HP contemplates potential growth in certain markets; and/or (2) HP's business strategies in relation to these areas of technology and business, and/or (2) the disclosure of this information could interrupt ordinary market forces that affect HP's stock price.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED, as follows:

### Motion

Page 4, lines 6-8 of the Motion, page 9, line 11 of the Motion, page 10, line 2 of the Motion, and page 2, lines 19-20 of the [Proposed] Order thereto, are to remain redacted for the reasons set forth in the Declaration of Alexander S. Klein III previously filed on April 29, 2008 in Support of the Administrative Motion to Seal ("Klein Declaration").

### Stephen Howard Declaration

Page 2, lines 4, and 24-26 of the Declaration of Stephen Howard are to remain redacted for the reasons set forth in the Klein Declaration.

### Exhibits to the Declaration of Angelique Kaounis

Exhibits A, D, H, L, M, N, O, and Q to the Declaration of Angelique Kaounis are to remain redacted as lodged with the Court for the reasons set forth in the Klein Declaration.

Dated: April 30, 2008

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES ]XXXXXXX[ JUDGE
Magistrate

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL    Case No. C07-80174-RMW (PVT)