GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Honorable Patricia V. Trumbull,<br>U.S. Magistrate Judge<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**NONPARTY HEWLETT-PACKARD COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>Former Hearing<br>Date:     June 3, 2008<br>Time:    10:00 a.m.<br>Place:    Courtroom 5 |

     NOTICE IS HEREBY GIVEN that pursuant to Local Rule 7.7, Nonparty Hewlett-Packard Company ("HP")'s Motion to Modify Subpoena and for Protective Order, formerly scheduled to be

1  heard on June 3, 2008, by the above-titled Court located at 280 South 1st Street, San Jose, CA 95113,

2  is hereby withdrawn pursuant to the agreement set forth in Exhibit A.

3

4

5  DATED: May 12, 2008                JEFFREY T. THOMAS
                                      ANGELIQUE KAOUNIS
6                                     GIBSON, DUNN & CRUTCHER LLP

7                                     By:   ___/s/ Angelique Kaounis_____

8                                              Angelique Kaounis

9                                     Attorneys for Nonparty
                                      HEWLETT-PACKARD COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**LETTER AGREEMENT AND STIPULATION REGARDING THE WITHDRAWAL OF HEWLETT-PACKARD COMPANY'S MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER IN *IN RE* IBM SUBPOENA IN THE MATTER OF *INTERNATIONAL BUSINESS MACHINES CORPORATION V. PLATFORM SOLUTIONS, INCORPORATED AND T3 TECHNOLOGIES, Inc.* No. 5:07-mc-80174-RMW-PVT**

WHEREAS, Hewlett-Packard Company ("HP") filed a motion to Modify Subpoena and for a Protective Order in *In re* IBM Subpoena In The Matter Of *International Business Machines Corporation v. Platform Solutions Incorporated and T3 Technologies, Inc.*, No. 5:07-mc-80174-RMW-PVT on April 29, 2008;

WHEREAS International Business Machines Corporation ("IBM") is prepared to file an Opposition and Cross-Motion to the above-referenced Motion on May 13, 2008;

WHEREAS, HP and IBM are meeting and conferring in good faith to resolve the disputes addressed by the pending Motion; and, in the interests of judicial economy, HP has agreed to withdraw its Motion to Modify Subpoena and for a Protective Order while HP and IBM proceed in good faith with IBM's F.R.C.P. 30(b)(6) deposition of HP pursuant to terms agreed to by the parties;

WHEREAS, neither party has agreed to waive or concede any objection or position that is set forth in their respective pleadings filed or to be filed in relation to HP's Motion to Modify Subpoena and for a Protective Order;

THEREFORE, BE IT RESOLVED that HP and IBM hereby stipulate that HP will withdraw its Motion to Modify Subpoena and for a Protective Order, and further, that both parties agree that both parties reserve all rights to make any and all arguments that were originally set forth in HP's Motion to Modify Subpoena and for a Protective Order or in IBM's proposed Opposition and Cross-Motion thereto.

Agreed to as set forth herein.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Jonathan B. Oblak
Counsel for IBM

DATED: May 12, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Angelique Kaounis
Counsel for HP

DATED: May 12, 2008