GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
JTthomas@gibsondunn.com
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

ANGELIQUE KAOUNIS, SBN 209833
AKaounis@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>PLATFORM SOLUTIONS, INC.,<br><br>　　　　Defendant and Counterclaimant. | CASE NO. 5:07-mc-80174-JW PVT<br><br>Honorable Patricia V. Trumbull,<br>U.S. Magistrate Judge<br><br>Underlying action pending in the United States District Court for the Southern District of New York, CASE NO. CV 06-13565 SCR<br><br>**CERTIFICATE OF SERVICE** |

1

# CERTIFICATE OF SERVICE

## MAIL, COMMERCIAL OVERNIGHT MESSENGER, ELECTRONIC MAIL, FAX, HAND DELIVERY

I, Angelique Kaounis, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am a member of the bar of this Court, and on May 12, 2008, I served the following:

**NONPARTY HEWLETT-PACKARD COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO MODIFY SUBPOENA AND FOR A PROTECTIVE ORDER**

on the interested parties in this action, by:

**Service by Mail:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

**Service by Commercial Overnight Messenger:** placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as follows:

and after sealing said envelope I caused same to be delivered to the aforementioned attorney(s) by qualified commercial overnight messenger.

**Service by Fax:** causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated, addressed as follows:

| Attorney Name & Address | Fax and Callback Number |
|---|---|
|  |  |

and that the transmission was reported as completed and without error. A true and correct copy of said transmission report is attached hereto.

**Service by Hand Delivery:** delivering true and correct copy(ies) thereof and sufficient envelope(s) addressed to the attorney(s) of record, addressed as follows:

to a messenger or messengers for personal delivery.

☒ **Service by Electronic Mail (pursuant to an agreement by the parties):** delivering true and correct copies thereof in pdf format via electronic mail addressed as follows:

**Thomas Robert Watson**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr. Suite 560
Redwood Shores, CA 94065
650-801-5000
Email: TomWatson@quinnemanuel.com

**Katherine Weall**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Email: KatherineWeall@quinnemanuel.com

**Richard Wolter Erwine**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7135
Email: RichardErwine@quinnemanuel.com

**Ryan Kirkpatrick**
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100
Email: RKirkpatrick@susmangodfrey.com

**David Patron**
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Direct: (504) 584-9295
Fax: (504) 568-9130
Email: patrond@phelps.com

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s), and all copies made from same, were printed on recycled paper, and that this Certificate of Service was executed by me on May 12, 2008 at Los Angeles, California.

*Angelique Kaounis*

100444834_1.DOC